NAME: Jantrell Siplin
ADDRESS: P.O. Box 2318
CITY, STATE, ZIP: Jacksonville Fl 32218
EMAIL: jantrellsiplin@outlook.com
TELEPHONE: (904) 400-3306

IN THE COUNTY COURT, FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

CASE NUMBER: 2025-CC-11654
DIVISION CC-D

VS.

NAME: Jacksonville Sheriff Office (JSO) ~~Office of General Counsel of City of Jacksonville~~
ADDRESS: 117 West Duval Street St 480
CITY, STATE, ZIP: Jacksonville Fl 32202
EMAIL:
TELEPHONE: (904) 255-5100

FILED
JUL 03 2025
DUVAL CLERK OF COURT

Complaint for Damages & Injunctive Relief

The Plaintiff Jantrell Siplin sues the Defendant JSO and alleges:

1. This is an action for damages which do not exceed the sum of $35,000.
2. See Statement Attached

WHEREFORE Plaintiff demands Judgment in the sum of $35,000 plus court costs.

_____ (Signature)

Jantrell Siplin (Print Name)

IN THE CIRCUIT/COUNTY COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

**JANTRELL SIPLIN,**
   Plaintiff,

VS

**JACKSONVILL SHERIFF OFFICE**
   Defendant,

CASE NO.: 16-2000-CF-013610-AXXX

DETAILED VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, JANTRELL SIPLIN, brings this action against Defendant, Jacksonville Sheriff Office, and alleges the following:

1. This is an action for compensatory damages in excess of $35,000, exclusive of interest and costs, and for declaratory and injunctive relief arising from the wrongful classification of Plaintiff as a **convicted felon** by a government agency, in violation of her constitutional and statutory rights.

2. Plaintiff is a resident of Duval County, Florida, and has never been convicted of a felony offense in the State of Florida or any other jurisdiction.

3. Defendant is a public agency located in Duval County, Florida, charged with maintaining accurate records of judicial proceedings, including criminal case histories.

**FACTS:**

4. On or about June 2025, Plaintiff discovered through a routine background check that she had been improperly registered as a convicted felon in the records maintained by the Jacksonville Sheriff Office.

5. The record listed Plaintiff as a felon under Case No. 16-2000-CF-013610-AXXX a case in which Plaintiff was not convicted of a felony.

6. Plaintiff contacted the Clerk's Office and was informed that no correction would be made, despite having no felony conviction on her record because their records does not list felony conviction.

7. The false felony designation has caused Plaintiff substantial injury, including but not limited to emotional distress, reputational harm, denial of public and private

opportunities, and the loss of constitutionally protected rights such as voting and firearm ownership.

**CLAIMS:**

8. Defendant had a duty to maintain accurate public records and to take corrective action when errors are discovered.

9. Defendant's failure to investigate and correct the record constitutes negligence, gross negligence, and a violation of Plaintiff's rights under the Florida Constitution and the U.S. Constitution, including the Due Process Clause of the Fourteenth Amendment.

10. Plaintiff also asserts a claim under 42 U.S.C. § 1983 for violation of her civil rights by a government entity acting under color of state law.

**RELIEF REQUESTED**

**WHEREFORE**, Plaintiff respectfully requests the following relief from this Honorable Court:

- a. A declaratory judgment that Plaintiff has never been convicted of a felony and that the current public record is false;
- b. An order directing Defendant to immediately correct the public record to reflect that Plaintiff is not a convicted felon;
- c. Compensatory damages in the amount of $35,000;
- d. Injunctive relief prohibiting further dissemination of the false information;
- e. Costs of litigation, including attorney's fees if permitted by statute;
- f. Any further relief the Court deems just and proper.

Respectfully submitted,

Jantrell Siplin
P.O. Box 2318
Jacksonville Fl 32203

In the Circuit Court, Fourth Judicial Circuit,
in and for Duval County, Florida

1

Division    CR-C

Case Number   2000- 13610-CF-A

Book 9814   Page 1583

____ Probation Violator
____ Community Control Violator
____ Retrial
____ Resentence

FILED
NOV 28 2000
*Henry W. Cook*
CLERK CIRCUIT COURT

Doc# 2000276567
Book: 9814
Pages: 1583 - 1584
Filed & Recorded
12/01/2000  01:02:14 PM
HENRY W COOK
CLERK CIRCUIT COURT
DUVAL COUNTY

State of Florida
v
JANTRELL DEBONI SIPLIN
Defendant

## JUDGMENT

The defendant, __JANTRELL DEBONI SIPLIN__, being personally before this court represented by _____, the attorney of record, and the state represented by _____, and having

____ been tried and found guilty by jury/by court of the following crime(s)
✓ entered a plea of guilty to the following crime(s)
____ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| | Petit theft; a lesser included offense | 812.014(2)(d)1 | 1° Misd | | |

✓ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

____ and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, to attempts or offenses relating to sexual battery (ch 794), lewd and lascivious conduct (ch. 800), or muder (s. 782.04), aggravated battery (s. 784.045), carjacking (s. 812.133), or home invasion robbery (s. 812.135), or any other offense specified in section 943.325, the defendant shall be required to submit blood specimens.

____ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

Page __1__ of __2__

Form CCFM0A

1A

State of Florida
v.

JANTRELL DEBONI SIPLIN

Defendant

Case Number 2000- 13610-CF-A

Book 9814   Page 1584

Imposition of Sentence ✓
Stayed and Withheld
(Check if Applicable)

The Court hereby stays and withholds the imposition of sentence as to count(s) One and places the Defendant on probation/~~community control~~ for a period of 1 year under the supervision of the Department of Corrections (conditions of probation/~~community control~~ set forth in separate order.)

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: J. Livingston 9812          Bailiff
                          Name                              Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, JANTRELL DEBONI SIPLIN, and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in Jacksonville, Duval County, Florida, this 28th day of Nov., 2000.

Jean M. Johnson
Judge

Form CCFB0A

Page 2 of 2

STATE OF FLORIDA
DUVAL COUNTY

    I, UNDERSIGNED Clerk of the Circuit & County Courts, Duval County, Florida, DO HEREBY CERTIFY the within and foregoing, consisting of __2__ pages, is a true and correct copy of the original as it appears on record and file in the office of the Clerk of Circuit & County Courts of Duval County, Florida.

    WITNESS my hand and seal of Clerk of Circuit & County Courts at **Jacksonville**, Florida, this the __2__ day of __July__ A.D., 20__25__

Clerk, Circuit and County Courts
Duval County, Florida

By _____
Deputy Clerk

## ORDER OF PROBATION

STATE OF FLORIDA

-vs-

JANTRELL DEBONI SIPLIN
Defendant

FILED
DEC 13 2000
*Henry C. V. Cook*
CLERK CIRCUIT COURT

In the CIRCUIT Court of
DUVAL County, Florida
Case No. 2000-13610CFA CR-C

INSTRUMENT
IN COMPUTER
D. G.

  This cause coming on this day to be heard before me, and you, the defendant, JANTRELL DEBONI SIPLIN, being now present before me, and you having

ENTERED A PLEA OF GUILTY TO

the offense(s) of <u>PETIT THEFT (LIO)</u>

### SECTION 1: Judgment of Guilt

  ☒The court hereby adjudges you to be guilty of the above offense(s).
  Now, therefore, it is ordered and adjudged that the imposition of sentence is hereby withheld and that you be placed on probation for a period of <u>ONE (1) YEAR</u> under the supervision of the Department of Corrections, subject to Florida law.

### SECTION 2: Order Withholding Adjudication

  ☐Now, therefore, it is ordered and adjudged that the adjudication of guilt is hereby withheld and that you be placed on probation for a period of _____ under the supervision of the Department of Corrections, subject to Florida law.

### SECTION 3: Probation During Portion of Sentence

It is hereby ordered and adjudged that you be adjudicated guilty of the above offense(s)
    ☐committed to the Department of Corrections
    ☐confined in the County Jail
for a term of _____ with credit for _____ jail time. After you have served _____ of the term you shall be placed on probation for a period of _____ under the supervision of the Department of Corrections, subject to Florida law.

Defendant:   Jantrell Deboni[...] lin
Case No.:    2000-13610CFA C[...]

It is further ordered that you shall comply with the following general and special conditions of probation during the probationary period:

(1) Not later than the fifth day of each month, you will make a full and truthful report to your officer on the form provided for that purpose.
(2) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.
(3) You will not possess, carry, or own any firearm. You will not possess, carry, or own any weapons without first procuring the consent of your officer.
(4) You will live without violating any law. A conviction in a court of law shall not be necessary for such a violation to constitute a violation of your probation.
(5) You will not associate with any person engaged in any criminal activity.
(6) You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs, or other dangerous substances are unlawfully sold, dispensed, or used.
(7) You will work diligently at a lawful occupation, advise your employer of your probation status and support any dependents to the best of your ability, as directed by your officer.
(8) You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow your officer to visit in your home, at your employment site, or elsewhere, and you will comply with all instructions your officer may give you.
(9) You will report in person within 72 hours of your release from confinement to the probation officer in Duval County, Florida unless instructed by your officer. (This condition applies only if section 3 on the previous page is checked.) Otherwise, you must report immediately to the probation officer located at _____.

(10) You will pay the following monetary obligations (plus a 4 percent surcharge) to the Department of Corrections, as directed by your Probation Officer by and through the Department of Corrections:

Misdemeanor court costs in the amount of $105.00

Public Defender Application Fee in the amount of $40.00

Cost of Supervision at a rate of $40.00 for each month of supervision

The total amount due for all monetary obligations, plus a 4 percent surcharge, shall be paid in accordance with the priority schedule established by Administrative Order 94-22, issued by the Chief Judge of the Fourth Judicial Circuit.

## SPECIAL CONDITIONS

(11) You will perform 100 hours of community service on a regular monthly schedule as directed by your probation officer by and through the Department of Corrections.

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation, you may be arrested and the court may revoke your probation, adjudicate you guilty if adjudication of guilt was withheld, and impose any sentence that it might have imposed before placing you on probation or require you to serve the balance of the sentence.

2

Defendant: Jantrell Debonilin
Case No.: 2000-13610CFA C

It is further ordered that when you have been instructed as to the conditions of probation, you shall be released from custody if you are in custody, and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the clerk of this court file this order in the clerk's office and provide certified copies of same to the officer for use in compliance with the requirements of law.

DONE AND ORDERED, this the 28th day of November, 2000.

_____
Judge

I acknowledge receipt of a certified copy of this order. The conditions have been explained to me and I agree to abide by them.

Date _____   Probationer _____

Instructed by: _____

Original: Clerk of Court
Certified Copies: Probationer
Florida Department of Corrections
Probation and Parole Services

/jaf

2