# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JANTRELL SIPLIN,

    Plaintiff,

vs.                                                              Case No. 3:25-cv-874-MMH-PDB

JACKSONVILLE SHERIFFS
OFFICE,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Expedited Injunctive Relief (Doc. 8; Motion) filed on August 12, 2025. That same day, Plaintiff filed an Amended Complaint (Doc. 7) against Defendant. Plaintiff now moves for a temporary restraining order, under Rule 65 of the Federal Rules of Civil Procedure (Rule(s)), requesting that the Court "order the Defendant to immediately investigate and correct all public and governmental records that falsely designate Plaintiff as a convicted felon." Motion at 3 (alterations omitted). Upon review, the Court determines that the Motion is due to be denied because Plaintiff has failed to satisfy the requirements of Rule 65.

Under Rule 65, the Court may only "issue a temporary restraining order without written or oral notice to the adverse party" if "specific facts in an

affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition[.]" Fed. R. Civ. Pro. 65(b)(1)(A) (emphasis added). Here, Plaintiff has failed to proffer any evidence that she will suffer irreparable harm before Defendant can be heard in opposition. Indeed, Plaintiff has not even attempted to explain why notice "should not be required." See Fed. R. Civ. Pro. 65(b)(1)(B).[1]

Accordingly, it is

**ORDERED:**

Plaintiff's Motion for Expedited Injunctive Relief (Doc. 8) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of August, 2025.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

---

[1] To the extent Plaintiff seeks a preliminary injunction, the Motion is also due to be denied. Notably, Plaintiff has failed to satisfy Local Rule 6.01, Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), as the Motion does not contain "a precise and verified explanation of the amount and form of the required security" or "a proposed order." See Local Rule 6.01.

Lc32

Copies to:
<u>Pro</u> <u>Se</u> Party
Counsel of Record